UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | | |
|---|---|---|
| In Re | : | CHAPTER 7 |
| VINCENT ROSARBO<br>ANGELINA ROSARBO | : | CASE NO.: 17-31250 |
| DEBTORS | : | AUGUST 24, 2017 |
| N.V.E., INC.,<br>          MOVANT<br>v. | | |
| VINCENT ROSARBO and<br>KARA S. RESCIA, CHAPTER 7 TRUSTEE,<br>          RESPONDENTS | | |

### OBJECTION TO MOTION FOR RELIEF FROM STAY

The debtor, Vincent Rosarbo, through his attorney, hereby objects to the Motion for Relief from Stay filed by N.V.E., Inc on August 23, 2017 as follows: 1) Relief would not result in the complete resolution of the issues, because the Movant filed a Complaint in this Court on August 23, 2017, claiming non-dischargeability and thus, there is a connection with and interference with the bankruptcy case because whether or not the debt is dischargeable is directly related to the bankruptcy case. 2) The other proceeding allegedly involves the debtor as a fiduciary; 3) A specialized tribunal with the necessary expertise hasn't been established to hear the cause of action; 4) The debtor doesn't have an insurer assuming full responsibility for defending it; 5) Litigation in U.S.D.C. New Jersey would prejudice the interest of other creditors in that, if the Movant is successful against the debtor, other creditors would receive substantially less from any

non-exempt assets of the debtor. It is in the interest of judicial economy and the expeditious and economical resolution of the litigation for this Court to decide the analogous issue in the underlying action and the adversary complaint.

The benefit of litigating this case in this Court is vastly outweighed by the prejudice to the Movant since the case has already been in litigation for 11 years and hasn't been concluded and great prejudice to the bankruptcy estate would result. The Movant can proceed with its case in New Jersey against all parties but the debtor. The Debtor denies that he has admitted that he was involved in a fraudulent scheme. It isn't highly likely that the Movant will prevail on the merits of its claims against the Debtor. This Court should not allow the matter to proceed to trial in the U.S.D.C. New Jersey against the Debtor. Additionally, the Debtor does not have any legal representation in the case in New Jersey and thus is unable to adequately defend himself in New Jersey to the prejudice of creditors in his bankruptcy..

For all of these reasons, the Debtor respectfully requests this Court deny the Movants request for relief from the automatic stay to permit the trial against the Debtor in U.S.D.C. New Jersey.

## CONCLUSION

For these reasons, the Debtor requests that this Court not modify the terms of the automatic stay so as to permit the Movant to proceed with the trial against the Debtor, in the U.S.D.C. of New Jersey.

*WHEREFORE*, the Debtors pray that their Objection to the Motion for Relief from Stay be granted.

The Debtors

By: _____
David G. Volman
Their Attorney

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | | |
|---|---|---|
| In Re: | : | CHAPTER 7 |
| | | |
| VINCENT ROSARBO | : | CASE NO.: 17-31250 |
| ANGELINA ROSARBO | | |
| DEBTORS | : | AUGUST 24, 2017 |

N.V.E., INC.,
    MOVANT

v.

VINCENT ROSARBO and
KARA S. RESCIA, CHAPTER 7 TRUSTEE,
    RESPONDENTS

## ORDER

 The foregoing Objection by the DEBTOR, to the Motion for Relief from Stay is hereby Ordered:

        SUSTAINED / DENIED

        By the Court

        _____

        United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## NEW HAVEN DISTRICT

| | | |
|---|---|---|
| IN RE.: | : | CHAPTER 7 |
| VINCENT ROSARBO | : | CASE NO.: 17-31250 |
| ANGELINA ROSARBO | | |
| DEBTORS | : | AUGUST 24, 2017 |

N.V.E., INC.,
        MOVANT

v.

VINCENT ROSARBO and
KARA S. RESCIA, CHAPTER 7 TRUSTEE,
        RESPONDENTS

### CERTIFICATION OF SERVICE

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, 2002 and 7004, the undersigned certifies that on the 24th day of August, 2017, the following documents were served on the Trustee and U.S. Trustee and all appearing parties via the court's electronic filing system or, by first class mail on the parties listed in Section 2 below.

1. **Documents Served:**
   1. Objection to Motion for Relief from Stay filed by Vincent Rosarbo.
   2. Proposed Order.

2. **Parties Served Via First Class Mail:**
   1. N.V.E., Inc.
      c/o Thomas J. Sansone (Federal Bar No. CT00671)
      Carmody Torrance Sandak & Hennessey LLP
      195 Church Street, P.O. Box 1950
      New Haven, CT 06509-1950
      Telephone (203)777-5501
      Fax: (203)784-3199
      E-Mail: tsansone@carmodylaw.com

The Debtor(s)

By: _____
    David G. Volman
    Their Attorney