# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
August 25, 2017

In re:

    Vincent Joseph Rosarbo(other names used by debtor: Doric Vault of Connecticut, LLC)
    Last four digits of Social−Security No or other Individual Taxpayer−Identification No (ITIN): xxx−xx−8764

    Angelina Rosarbo
    Last four digits of Social−Security No or other Individual Taxpayer−Identification No (ITIN): xxx−xx−2103
                                Debtor

Case Number: 17−31250 amn
Chapter: 7

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a Hearing will be held at **157 Church Street, 18th Floor, New Haven, CT 06510** on **September 13, 2017** at **10:00 AM** to consider and act upon the following matter(s):

> **Motion for Relief from Stay regarding action commenced in the United States District Court for the District of New Jersey (Re: Doc #9)**

**OBJECTION(S) DUE:** September 6, 2017 before 4:00 p.m.

**CERTIFICATE OF SERVICE DUE:** September 6, 2017 before 4:00 p.m. Failure to file by the due date may result in the hearing being marked off.

**NOTE:** If the Filer or the Filer's attorney does not participate in the above scheduled hearing, the court may enter an order denying the matter(s) identified above.

Dated: August 25, 2017

For the Court

*Myrna Atwater*
Myrna Atwater
Clerk of Court

United States Bankruptcy Court
District of Connecticut
157 Church Street, 18th Floor
New Haven, CT 06510

Tel. (203) 773−2009
VCIS* (866) 222−8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 112 − pe

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

### INSTRUCTIONS REGARDING THE ATTACHED NOTICE OF HEARING

**TO THE MOVING PARTY**

You are required to serve the attached Notice of Hearing along with these instructions in accordance with the Bankruptcy Rules.

You are required to file a Certificate of Service with the court indicating the names and physical address of each party served.

If you wish to request a continuance of the **initial hearing**, you must file a request for continuance of initial hearing (refer to court's website at www.ctb.uscourts.gov for the official form). Any subsequent requests for continuance require the filing of a Motion to Continue Hearing.

Myrna Atwater, Clerk of Court