

Thomas J. Sansone
Partner
Direct: 203.784.3100
Fax: 203.784.3199
tsansone@carmodylaw.com

195 Church Street
P.O. Box 1950
New Haven, CT 06509

September 22, 2017

**VIA ELECTRONIC FILING**
Honorable Ann M. Nevins, U.S.B.J
United States Bankruptcy Court
District of Connecticut
157 Church Street, 18th Floor
New Haven, CT 06510

Re:  *In re Rosarbo*
     <u>Docket No. 3:17BK-31250 (AMN)</u>

Dear Judge Nevins:

As you may recall, this firm represents N.V.E., Inc. ("NVE"), a creditor of the debtors' estate in the above-referenced matter. This letter will supplement and clarify our earlier letter of September 20th. On August 23, 2017, NVE filed a motion seeking relief from the automatic stay so that it could proceed with a trial against Mr. Rosarbo which was scheduled to begin on October 10, 2017. (Doc. No. 9). We write to advise the Court that the Hon. Madeline Cox Arleo, U.S.D.J. has adjourned the October 10 trial date based on a request from Mr. Rosarbo's co-defendant, Jesus Palmeroni. Judge Arleo has not yet scheduled a new trial date. We will advise the Court when a new trial date has been scheduled.

Respectfully submitted,

Thomas J. Sansone

cc: David Volman, Esq.
    Kara Rescia, Chapter 7 Trustee

{N5344467}