UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| VINCENT JOSEPH ROSARBO, *dba* Doric Vault of Connecticut, LLC | CASE NO. 17-31250 |
| ANGELINA ROSARBO | November 29, 2017 |
| Debtors. | |

## **OBJECTION TO CONFIRMATION**

Wilmington Trust Company, not in its individual capacity but solely as Successor Trustee to U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, N.A., as Trustee for MASTR Alternative Loan Trust 2004-6 ("Movant"), a secured creditor in the above bankruptcy case on property located at 2 Chamonix Drive, Vernon, NJ 07462 by its undersigned counsel, respectfully objects to confirmation of Debtor's Plan and in support of its objection respectfully alleges:

1. This Chapter 13 case was filed on August 16, 2017. Debtors filed a prior case, 17-30192, which was dismissed on April 3, 2017.

2. Debtors' Plan does not treat Creditor's estimated prepetition arrearage claim of $2,628.00. The confirmation of the Plan should be denied until or unless Debtors amend the Plan to reflect Creditor's loan.

3. Movant further reserves its right under the confirmation order to amend its proof of claim and/or proceed forward with a Motion for Relief from Stay post confirmation should it find that additional pre-petition funds are due and owing. Said reservation of rights shall remain in full force and effect during the post confirmation period

regardless of whether the instant objection to claim is withdrawn or marked off.

WHEREFORE, Movant prays that confirmation of the Debtors' Plan be denied.

1. Deny Confirmation,

2. Grant such other and further relief as is just and equitable

                                                        Wilmington Trust Company, not in its individual capacity but solely as Successor Trustee to U.S. Bank National Association, as Trustee, successor in interest to Wachovia Bank, N.A., as Trustee for MASTR Alternative Loan Trust 2004-6

By:      */s/Linda  St. Pierre*
              Linda  St. Pierre
              McCalla Raymer Leibert Pierce, LLC
              50 Weston Street
              Hartford, CT 06120
              Federal Bar No. CT22287

**THIS FIRM IS A DEBT COLLECTOR. WE MAY BE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED MAY BE USED FOR THAT PURPOSE. AT THIS TIME, WE ARE ONLY SEEKING TO PROCEED AGAINST THE PROPERTY.  IN THE EVENT OF A BANKRUPTCY DISCHARGE, NO DEFICIENCY JUDGMENT WILL BE ASSESSED AGAINST THE BORROWER.**

| | |
|---|---|
| In Re:  Vincent Joseph Rosarbo | Bankruptcy Case:    17-31250 |
|         dba Doric Vault of Connecticut, LLC | |
|         Angelina Rosarbo | |
| | Chapter:    13 |

## CERTIFICATION

    I hereby certify that a copy of the foregoing was served via first class; postage prepaid U.S. mail and/or via ECF e-mail this twenty-ninth day of November, 2017 to:

Vincent Joseph Rosarbo
23 Thistle Meadow Lane
Branford, CT 06405

Angelina Rosarbo
23 Thistle Meadow Lane
Branford, CT 06405

David G. Volman          *(served via email at office@volmanlaw.com)*
45 Huntington Plaza
Shelton, CT 06484

Roberta Napolitano         *(served via ECF Notification)*
10 Columbus Boulevard
6th Floor
Hartford, CT 06106

U. S. Trustee               *(served via ECF Notification)*
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT  06510

Dated: November 29, 2017      By:   */s/Linda  St. Pierre*
                                                    Linda St. Pierre, Esq.
                                                    McCalla Raymer Leibert Pierce, LLC
                                                    50 Weston Street
                                                    Hartford, CT 06120
                                                    (860) 808-0606