UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In Re: Rosarbo, Vincent Joseph | : | In Proceedings under Chapter 13 |
| Rosarbo, Angelina | | |
| Debtor(s) | : | Case No.: 17-31250 |
| | : | SEPTEMBER 22, 2017 |

### OBJECTION TO MOTION TO RE-CONVERT CASE TO CHAPTER 7

Vincent Joseph Rosarbo and Angelina Rosarbo, through their attorney, object to the Motion to Re-Convert Case to Chapter 7 as the Debtor shall provide the Trustee with all Real Estate Appraisals requested.

THE DEBTORS,

BY _____
David G. Volman, Attorney At Law, LLC
Their Attorney
45 Huntington Plaza
Shelton, CT 06484
Telephone No.: (203) 929-7771
Facsimile No.: (203) 929-1818
Juris No.: 428307

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In Re: Rosarbo, Vincent | : | In Proceedings under Chapter 13 |
| Rosarbo, Angelina | | |
| Debtor(s) | : | Case No.: 17-31250 |
| | : | February 2, 2018 |

ORDER

After proper notice and hearing, the Debtor's Objection to Motion to Re-Convert Case to Chapter 7 is hereby ordered:

SUSTAINED/OVERRULED

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In Re:  Rosarbo, Vincent | : | In Proceedings under Chapter 13 |
| Rosarbo, Angelina | | |
| Debtor(s) | : | Case No.: 17-31250 |
| | | |
| DEBTORS | : | February 2, 2018 |

CERTIFICATION OF SERVICE

I hereby certify that a copy of the Objection to Motion to Re-Convert Case to Chapter 7, was forwarded by first class postage mail, unless otherwise noted on the above date to:
Debtors: Vincent Joseph Rosarbo and Angelina Rosarbo,

Creditor: NVE, Inc.,

Office of the United States Trustee, by electronic notice –
USTPRegion02.NH.ECF@USDOJ.GOV

Trustee Roberta Napolitano
350 Fairfield Avenue

List of all creditors in the Bankruptcy Petition


_____
DAVID G. VOLMAN
COMMISSIONER OF THE SUPERIOR COURT

Abn Amro Mortgage Grou
680 5th Avenue
New York, NY 10019
ATT: President

Amex
Correspondence
Po Box 981540
El Paso, TX 79998
ATT: President

Ansell Grimm & Aaron PC
214 Carnegie Center, Suite 112
Princeton, NJ 08540
ATT: President

Bank Of America
Nc4-102-03-14
Po Box 26012
Greensboro, NC 27410
ATT: President

Bank Of America
4909 Savarese Cir
Tampa, FL 33634
ATT: President

Bank of America
Nc4-102-03-14
P.O. Box 26012
Greensboro, NC 27410
ATT: President

Bk Of Amer
Po Box 982238
El Paso, TX 79998
ATT: President

Capital City
P.O. Box 900
Tallahassee, FL 32302
ATT: President

Capital City Bank
Po Box 900
Tallahassee, FL 32302
ATT: President

Capital One
Attn: Bankruptcy
Po Box 30253
Salt Lake City, UT 84130
ATT: President

Capital One
P.O. Box 71083
Charlotte, NC 28272
ATT: President

Citibank Mortgage
P.O. Box 6243
Sioux Falls, SD 57117
ATT: President

Comenity Capital Bank/HSN
Po Box 182125
Columbus, OH 43218
ATT: President

Costco Go Anywhere Citicard
Centralized Bk/Citicorp Credit Card Srvs
Po Box 790040
St Louis, MO 63179
ATT: President

Department of Revenue Services
Collection Unit-Bankruptcy
450 Columbus Blvd. Ste. 1
Hartford, CT 06103
ATT: President

Discover Financial
Po Box 3025
New Albany, OH 43054
ATT: President

Franzblau Dratch, PC
354 Eisenhower Parkway
Plaza 1, P.O. Box 472
Livingston, NJ 07039
ATT: President

Howard Lee Schiff, PC
RE: Portfolio Recovery
510 Tolland Street
East Hartford, CT 06108
ATT: President

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101
ATT: President

Kohls/Capital One
Kohls Credit
Po Box 3043
Milwaukee, WI 53201
ATT: President

```
L. Suzio Concrete Company, Inc
c/o Solomon Krupnikoff & Wyski
35 Pleasant Street
Meriden, CT 06450
ATT: President

London & London
48 Christian Lane
Newington, CT 06111
ATT: President

Minerals Resort & Spa, Inc.
3621 Route 94
Hamburg, NJ 07419
ATT: President

NVE Pharmaceuticals
15 Whitehall Road
Andover, NJ 07821
ATT: President

Pashman Stein
ATT: Aidan O'Connor
21 Main Street
Hackensack, NJ 07601
ATT: President

Spa Owners Res Condo Assoc.
1 Snowmass Court, Unit 3
Vernon, NJ 07462
ATT: President

Spa Owners Resid Condo Assoc
1 Snowmass Court, Unit 3
Vernon, NJ 07462
ATT: President

Synchrony Bank/Home Shopping
Attn: Bankruptcy
Po Box 956060
Orlando, FL 32896
ATT: President

The Norwalk Vault Company
P.O. Box 1221
Bridgeport, CT 06601
ATT: President

Town of Branford
Office of the Tax Collector
P.O. Box 136
Branford, CT 06405
ATT: President
```

```
Township of Vernon NJ
21 Church Street
Vernon, NJ 07462
ATT: President

United Illuminating
Attn: Bankruptcy
Po Box 1564
New Haven, CT 06506
ATT: President

Wells Fargo Home Mortgage
P.O. Box 11701
Newark, NJ 07101
ATT:  President
```