UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re:<br><br>Vincent Joseph Rosarbo dba Doric Vault of Connecticut, LLC and Angelina Rosarbo<br><br>Debtor(s). | Chapter 13<br><br>Case No. 17-31250-amn |

**DECLARATION IN SUPPORT OF
MOTION FOR RELIEF FROM AUTOMATIC STAY**

I, Kathleen Daugherty, declare under penalty of perjury as follows:

1. I am employed by CitiMortgage, Inc. as a Vice President-Document Control ("Movant") and am authorized to sign this Declaration on behalf of Movant. This declaration is provided in support of the Motion for Relief from Stay (the "Motion") filed contemporaneously herewith.

2. As part of my job responsibilities for CitiMortgage, Inc., I have personal knowledge of and am familiar with the types of records maintained by CitiMortgage, Inc. in connection with the loan that is the subject of the Motion (the "Loan") and the procedures for creating those types of records. I have access to and have reviewed the books, records and files of CitiMortgage, Inc. that pertain to the Loan and extensions of credit given to Debtor(s) concerning the property securing such Loan.

3. The information in this declaration is taken from CitiMortgage's business records regarding the Loan. The records are: (a) made at or near the time of the occurrence of the matters recorded by persons with personal knowledge of the information in the business record,

or from information transmitted by persons with personal knowledge; (b) kept in the course of CitiMortgage, Inc.'s regularly conducted business activities; and (c) it is the regular practice of CitiMortgage, Inc. to make such records.

4. The Debtor(s) has executed and delivered or is otherwise obligated with respect to that certain promissory note referenced in the Motion (the "Note"). Pursuant to that certain Open-End Mortgage referenced in the Motion (the "Open-End Mortgage"), all obligations of the Debtor(s) under and with respect to the Note and the Open-End Mortgage are secured by the property referenced in the Motion.

5. As of February 9, 2018, there are one or more defaults in paying Debtor(s) post-petition amounts due with respect to the Note.

6. As of February 9, 2018, the unpaid principal balance of the Note is $25,214.83.

7. The following chart sets forth those postpetition payments, due pursuant to the terms of the Note, that have been missed by the Debtor(s) as of February 9, 2018:

| Number of Missed Payments | From | To | Missed Principal and Interest | Missed Escrow (if applicable) | Monthly Payment Amount | Total Amounts Missed |
|---|---|---|---|---|---|---|
| 3 | 12-1-17 | 2-1-18 | $559.37 | $328.91 | $888.28 | $2,664.84 |
| Less postpetition partial payments (suspense balance): | | | | | | ($0.00) |

                                                **Total:**        **$2,664.84**

8. As of February 9, 2018, the total postpetition arrearage/delinquency is $2,664.84 consisting of (i) the foregoing total of missed postpetition payments in the amount of $2,664.84, plus (ii) the following postpetition fees [1]:

| Description | Amount |
|---|---|
| N/A | $0.00 |
| N/A | $0.00 |

9. Attached hereto as Exhibit A is a postpetition payment history.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _21_ day of _February_, 2018, at Florence, Kentucky (city, state)

By: _____
Name: Kathleen Daugherty

---

[1] The total of missed postpetition payments for this escrow loan include any missed escrow payments. Such missed escrow payments include amounts assessed for taxes and insurance and any previously assessed escrow shortage amount (if applicable). To avoid duplication, postpetition advances (if any) made for insurance, real estate taxes, or similar charges are not listed separately to the extent such advances would have been paid from the missed escrow payments. As part of the next annual RESPA analysis, movant will determine whether the escrow payments assessed to the debtor (including the missed escrow payments) result in a projected escrow shortage or overage. All rights are hereby reserved to assert or request any escrow amounts in accordance with RESPA and the total postpetiton arrearage/delinquency is qualified accordingly.

50State Form – [Supplemental] Declaration in Support of MFR – 20150514v.50 State20150514

# Exhibit A

| Loan no : | XXXXX8351 | | Resumption Date | 12/01/17 | | Data Current as of | 02/09/18 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Debtor : | VINCENT ROSARBO | | BK File Date | 08/16/17 | | | | | | | | | |
| Date Rec'd | Code Legend | Code | Amount Received/ Reversed | Amount applied from Suspense | Trustee Payments | Principal | Interest | Escrow | Late charges | Other Fees | Suspense | Contractual PDTD | Post PDTD | Trustee Check No | Out Standing PB |

No post petition payment received for this account from Debtor after BK filed date

| A/c is Contractual next due for | 8/1/2017 |
|---|---|
| A/c is post Next due for | 12/1/2017 |
| Funds in Post Petition Suspense | $0.00 |
| Funds in Pre Petition Suspense | $0.00 |
| Current Principal Balance | $25,214.83 |

Monthly payment Debtor need to pay

| Month | Amount | P&I | Escrow |
|---|---|---|---|
| 12/1/2017 | $888.28 | $559.37 | $328.91 |
| 1/1/2018 | $888.28 | $559.37 | $328.91 |
| 2/1/2018 | $888.28 | $559.37 | $328.91 |
| Total | $2,664.84 | $1,678.11 | $986.73 |